## Frank Virgin, Appellant, v. J. H. Hermanny, Appellee.

### (Not to be reported in full.)

Appeal from the Circuit Court of Perry county; the Hon. LOUIS E. BERNREUTER, Judge, presiding. Heard in this court at the October term, 1915. Reversed and remanded. Opinion filed April 17, 1916.

### Statement of the Case.

Action by Frank Virgin, plaintiff, against J. H. Hermanny, defendant, for damages for the conversion of certain bonds. From a judgment for defendant, plaintiff appeals.

GEORGE W. DOWELL, for appellant.

W. O. EDWARDS, for appellee.

MR. JUSTICE MCBRIDE delivered the opinion of the court.

### Abstract of the Decision.

1. EVIDENCE, § 243*—*when bill in prior case admissible.* Proof that a bill in a prior case, the judgment of which is claimed to be a bar to the second action, was the original bill filed in the first case or that it was part of the files in the first case is essential before it is admissible in evidence in the second case.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

2. EVIDENCE, § 244*—*when copy of decree in prior case admissible in evidence.* In order that a paper purporting to be a decree in a prior case may become admissible in evidence as a copy of such decree, it is necessary that such copy be certified to under the seal of the clerk of the court, as provided by Rev. St. ch. 51, sec. 13 (J. & A. ¶ 5530).

3. APPEAL AND ERROR, § 948*—*when error in failure of clerk to certify to record in another case offered in evidence not cured.* Where a bill of exceptions signed by the trial judge contains a purported decree in another case which is offered in evidence without the certificate of the clerk as provided by law, the clerk cannot cure the error by filing a supplemental record containing the same decree with the addition of such certificate.